JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Lee,<br><br>    Plaintiff,<br><br>v.<br><br>Mama's Legacy d/b/a Ocean View Bar and Grill; AEA Investments III, LLC; DOES 1 to 10,<br><br>    Defendants. | Case No. CV 20-03401-AB (Ex)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 28, 2020         _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.